United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEN BESTE, | Case No. C11-0650 JCS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| EDITH MAZZAFERRI, | |
| Defendant. / | |

Plaintiff Paul Den Beste filed a Verified Complaint for Violation of Bankruptcy Stay, Title 11 U.S.C., Chapter 3 Section 362.

Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be transferred to the Bankruptcy Court for the Northern District of California, Santa Rosa Division, for all further proceedings. Plaintiff is hereby ordered to file a brief, limited to no more than five (5) pages in length, on or before March 2, 2011. The hearing on this Order to Show Cause is scheduled for **April 1, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero.

IT IS SO ORDERED.

Dated: February 17, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge