IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEN BESTE,<br><br>          Plaintiff,<br><br>     v.<br><br>EDITH MAZZAFERRI,<br><br>          Defendant.<br>_____ / | No. C 11-00650 SI<br><br>**ORDER TRANSFERRING CASE TO BANKRUPTCY COURT** |

     On February 11, 2011, plaintiff Paul Den Beste filed a Verified Complaint for Violation of Bankruptcy Stay, Title 11 U.S.C., Chapter 3 Section 362.  According to the complaint, plaintiff has ongoing bankruptcy proceedings in the Bankruptcy Court for the Northern District of California.  *See* Case No. 10-bk-13558, NDCA Bankruptcy Court.

     On February 17, 2011, Magistrate Judge Spero ordered plaintiff TO SHOW CAUSE why this case should not be transferred to the Bankruptcy Court for the Northern District of California, Santa Rosa Division, for all further proceedings.  Plaintiff was directed to file his response to the OSC on or before March 2, 2011, but he has failed to do so.

     As this matter should be handled by the Bankruptcy Court, it is hereby TRANSFERRED to the Bankruptcy Court for the Northern District of California, Santa Rosa Division, for all further proceedings.

     **IT IS SO ORDERED.**

Dated: March 24, 2011

                                                       SUSAN ILLSTON<br>                                                       United States District Judge